IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANGELA JACKSON                                                                                PLAINTIFF

v.                                                                      CIVIL ACTION NO.   4:18CV-202-JMV

LAXMI LODGING, LLC
**Doing business as**
**Super 6 Inn & Suites, et al.**                                                              DEFENDANTS

## ORDER CLOSING CASE

Consistent with the parties' Joint Stipulation of Dismissal with Prejudice [18], the Clerk is directed to forthwith CLOSE this case.

**THIS**, the 10th day of April, 2019.

                                                            /s/ Jane M. Virden
                                                            U. S. Magistrate Judge